```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
INFORMED CONSENT ACTION NETWORK,                                 :
                                                                 :
                        Plaintiff,                               :
                                                                 :       21-cv-7288 (LJL)
                -v-                                              :       21-cv-7331 (LJL)
                                                                 :
NATIONAL INSTITUTES OF HEALTH,                                   :
                                                                 :              ORDER
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2021

LEWIS J. LIMAN, United States District Judge:

  The Court held a conference on November 12, 2021 on the Freedom of Information Act ("FOIA") requests at issue in 21-cv-7288 and 21-cv-7331. This Order memorializes the deadlines discussed at the conference.

  The following briefing schedule is hereby ORDERED for the FOIA request at issue in 21-cv-7331:
- Defendant's motion is due by January 10, 2022.
- Plaintiff's response and its own motion are due on January 24, 2022.
- Defendant's reply and its response to Plaintiff's motion are due by January 31, 2022.
- Plaintiff's reply is due by February 7, 2022.

  The following production schedule is hereby ORDERED with respect to the FOIA request at issue in 21-cv-7288:
- Production shall be completed by February 11, 2022.
- The *Vaughn* index is due by February 18, 2022.

  The next conference is scheduled for February 15, 2022 at 3:00 p.m. and will be held remotely by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

  SO ORDERED.

Dated: November 15, 2021
   New York, New York

                  LEWIS J. LIMAN
                  United States District Judge